

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. _10-40008-JPM_ ) |
| KENNETH LEWIS GORDON, | ) 18 U.S.C. §§2252A ) |
| Defendant. | ) |

**INDICTMENT**

THE GRAND JURY CHARGES:

<u>Count 1</u>

**Possession of Child Pornography**

On or about August 14, 2009, in Williamson County, within the Southern District of Illinois,

**KENNETH LEWIS GORDON,**

defendant herein, did knowingly possess child pornography that had been mailed, or shipped or transported in interstate commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, including images identified as:

- File Name: 8.jpg
  Description: An image file depicting a prepubescent female child approximately ten years of age. The child is nude and bound by her hands, feet, and neck. The child is wearing a mask over her eyes. The child's legs are spread and an adult male is inserting a foreign object into the child's vagina.

- File Name: 9.jpg
  Description: An image file depicting a prepubescent female child approximately ten years of age. The child is nude and bound by her hands, and neck. The child is wearing a mask over her eyes. The child is performing oral sex on an adult male.

all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

**A TRUE BILL**

███████████████████████
~~FOREPERSON~~

A. COURTNEY COX
United States Attorney

George A. Norwood
Assistant United States Attorney

Recommended Bond: Detention