# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

### MINUTES OF CHANGE OF PLEA HEARING

CRIMINAL NO.  **10-40008-GPM**

USA v.  **KENNETH LEWIS GORDON**
[ x ] Present   [ x ] Custody   [ ] Bond

DEFENSE COUNSEL:  John Clemons
[ x ] Present   [ ] Appointed   [ x ] Retained   [ ] Waived

AUSA:  George A. Norwood

DATE:  April 13, 2010
JUDGE: Hon. Philip M. Frazier
DEPUTY:  Karen R. Metheney
REPORTER: Jane McCorkle, OCR
TIME:  8:40 - 9:05 a.m.

---

[✓]   Defendant present in open court with counsel and sworn.

[✓]   Consent to United States Magistrate Judge for entry of plea signed and submitted.

[✓]   Court finds the Defendant competent to enter the plea.

[✓]   Defendant waives reading of Indictment.   [ ] Indictment read to Defendant.

[✓]   Defendant advised of constitutional rights, charges and penalties.

[✓]   Defendant withdraws plea of Not Guilty as to Count  1  of the Indictment.

[✓]   Defendant enters plea of Guilty as to Count  1  of the Indictment.

[✓]   Open Plea   [ ] Defendant's Agreement to Plead Guilty   [ ] Oral   [ ] Written.

[✓]   Report and Recommendation to the District Judge to be entered that the plea of guilty be accepted and the Defendant adjudicated guilty and have sentence imposed accordingly.

[✓]   The matter is referred to U.S. Probation for pre-sentence investigation and report.

[✓] *   Sentencing is set for  **JULY 19, 2010** , at  1:30  P.M. before Judge G. Patrick Murphy in [✓] Benton  [ ] East St. Louis.

[ ]   Bond        [ ] Continued        [ ] Changed/Amended

[ ]   Defendant remanded to custody of U.S. Marshal

[✓]   Order of Detention previously entered to remain in full force and effect.

---

*No further notice will be given*