IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
APR 1 3 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 10-CR-40008-GPM |
| KENNETH LEWIS GORDON, | ) |
| Defendant. | ) |

### NOTICE REGARDING ENTRY OF PLEA OF GUILTY

In the event the Defendant decides at any time before trial to enter a plea of guilty, a U.S. Magistrate Judge is authorized by SDIL Rule 72.1(b)(2), with the consent of the Defendant and the United States of America to conduct the proceedings required by Federal Rule of Criminal Procedure 11 incident to the plea. If, after conducting such proceedings, the Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Federal Rule of Criminal Procedure 32. The assigned U.S. District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

### CONSENT

I hereby declare my intention to enter a plea of guilty in the above-captioned case, and I request and consent to a U.S. Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11 incident to the plea. I understand that if my plea of guilty is then accepted by the U.S. District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

_____        April 13, 2010
Defendant                                          Date

_____        April 13, 2010
Defendant's Attorney                          Date