**FILED**
**APR 1 3 2010**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**KENNETH LEWIS GORDON,** )<br>)<br>**Defendant.** ) | Criminal No. 10-CR-40008-GPM |

## NOTICE REGARDING ENTRY OF PLEA OF GUILTY

On behalf of the United States of America, I hereby request and consent to a U.S. Magistrate Judge conducting the proceedings required by Federal Rule of Criminal Procedure 11 incident to the above listed Defendant entering a plea of guilty. It is understood that if the Defendant's plea of guilty is then accepted by the U.S. District Judge, the District Judge will decide whether to accept or reject any plea agreement that may have been entered into, and will adjudicate guilt and impose sentence thereafter.

April 13, 2010
Date

A. COURTNEY COX
United States Attorney

_/s/ George A. Norwood_
George A. Norwood
Assistant United States Attorney