# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

☒ Benton   ☐ East St. Louis        ☒ Contested  ☐ Uncontested

### MINUTES OF DISPOSITION

| | |
|---|---|
| USA v. KENNETH LEWIS GORDON | Criminal No. 4:10CR40008-001-GPM |
| Defense Counsel: John R. Clemons | Judge: G. PATRICK MURPHY |
| Government Counsel: George Norwood | Date: 8/16/2010 |
| Reporter: Molly Clayton   Deputy: Linda McGovern | Time: 8:00 AM - 9:45 AM |

☒ COURT ORDERS PRE-SENTENCE REPORT TO BE SEALED WITH COUNSEL HAVING ACCESS TO SAME IN THE EVENT OF APPEAL.  RECOMMENDATION TO BE PLACED UNDER SEPARATE SEAL AND COUNSEL WILL NOT HAVE ACCESS TO SAME.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: Defendant's objections are OVERRULED

**TOTAL AMOUNT OF** CONSTITUTING DEFENDANT'S RELEVANT CONDUCT IS

**OFFENSE LEVEL:** 30        **CRIMINAL HISTORY CATEGORY:**   I

**SENTENCE RANGE:**   97-120 mos.    FINE RANGE: $15,000 - $150,000

**SUPERVISED RELEASE RANGE:** 5 yrs. - Life

☐ COURT ACCEPTS PLEA AGREEMENT     ☐ COURT REJECTS PLEA AGREEMENT

DEFENSE WITNESSES: Dr. Roy H. Joy (8:12 AM - 8:50 AM)

GOVERNMENT WITNESSES:

MOTION FOR DOWNWARD DEPARTURE BY        ☐ GRANTED    ☐ DENIED

DEPARTURE TO:

OFFENSE LEVEL:        CRIMINAL HISTORY CATEGORY:

☐ CUSTODY OF ATTORNEY GENERAL     ☒ CUSTODY OF BUREAU OF PRISONS

**SENTENCE:** 80 TOTAL MONTHS ON COUNT 1.

**UPON RELEASE FROM IMPRISONMENT, DEFENDANT SHALL BE PLACED ON SUPERVISED RELEASE:** 15 TOTAL YEARS ON COUNT 1.

CR08
(12/99)

**Conditions of Supervision/Probation:**

- ☒ Within 72 hours of release from BOP, defendant to report to Probation in District released.

- ☒ Defendant shall not commit any further crimes.

- ☒ Defendant shall not possess firearm or other destructive device.

- ☒ Defendant shall not illegally possess any controlled substances.

- ☐ Defendant to participate in substance abuse program approved by Probation.

    Other:

- ☐ Defendant shall submit within __ for drug urinalysis.

- ☒ **Defendant fined a total of $1,000 on Count 1.  Interest WAIVED**.

- ☒ Fine to be paid from prison earnings, or while defendant is on supervised release.

- ☒ **Special Assessment of $100 on Count 1 due immediately**.

- ☐ Restitution is ordered in the amount of  to be paid to:

- ☒ Court finds defendant's financial condition is such that he is unable to:

    ☐ pay restitution,   ☐ pay a fine,   ☒ pay costs of incarceration or supervision, and they are WAIVED

- ☒ Defendant advised of right to appeal.

- ☒ Recommendation That defendant be housed in Marianna, Florida where he can get sexual abuse counseling.

BOND:   ☐ REVOKED   ☒ REMANDED   ☐ CONTINUED and  Defendant to voluntarily surrender as notified  by  United States Marshal to designated institution;   or  ☐  surrender to United States Marshal on

- ☐ Counts(s) dismissed on Motion of Government

    Defendant tenders exhibit 1: Dr. Joy's CV; exhibit 2: Guidelines changes; exhibit 3: Counseling for a Change brochure
    Government tenders exhibit 1: SIU Counseling Ctr records; exhibit 2: Pedophilia clinical capsule

**ALL EXHIBITS RETURNED TO COUNSEL**

CR08
(12/99)